Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 10
San Jose, California  95124
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>        Plaintiff,<br><br>    vs.<br><br>BIANCA ESTRADA dba LA PERLA TAPATIA TAQUERIA; MARTIN HERNANDEZ dba LA PERLA TAPATIA TAQUERIA; PRITAM S. GREWAL; MANJEET K. GREWAL; DEV S. GREWAL;<br><br>        Defendants.<br> | No. 1:25-cv-00949-KES-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO SET ASIDE DEFAULT** |

STIPULATION TO SET ASIDE DEFAULT; ORDER

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Escobedo ("Plaintiff"), by and through his attorney, and Defendant Dev S. Grewal ("Defendant," and together with Plaintiff, "the Parties"), who is appearing pro se, that the Clerk's Default entered against Defendant on August 21, 2025 (Dkt. 8) be and is hereby set aside, and that an answer on behalf of Defendant shall be filed within twenty-one (21) days of the entry of the order setting aside the default.

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated:  December 16, 2025                    MOORE LAW FIRM, P.C.


                                             _/s/ Tanya E. Moore_
                                             Tanya E. Moore
                                             Attorney for Plaintiff,
                                             Jose Escobedo


Dated:  December 16, 2025                    Dev S. Grewal


                                             _/s/ Dev. Grewal_
                                             Dev S. Grewal
                                             Pro Se Defendant

STIPULATION TO SET ASIDE DEFAULT; ORDER

# ORDER

The Parties having so stipulated, (Doc. 27), and good cause appearing for the case to be heard on its merits, it is ordered as follows:

1.  The default entered against Defendant Dev S. Grewal ("Defendant") on August 21, 2025, (Doc. 8), is SET ASIDE.

2.  Defendant SHALL file an answer to Plaintiff's complaint within twenty-one (21) days of the entry of the order setting aside the default.

IT IS SO ORDERED.

Dated:   **January 21, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE