**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:25-cv-0949 KES SKO |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| BIANCA ESTRADA, et al., | Doc. 34 |
| Defendants. | |

Jose Escobedo reports that the parties reached a settlement that "resolved all his claims." Doc. 34 at 1. Escobedo was unable to obtain a signed stipulation from all parties following the settlement, and now requests the court dismiss the action "with prejudice in its entirety" pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *Id.*

Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless otherwise ordered by the Court, dismissal under Rule 41(a)(2) "is without prejudice." *Id.* Motions for voluntary dismissal under Rule 41(a)(2) should be liberally granted if it will not result in legal prejudice to the defendants. *Stevedoring Serv. of Am. v. Armilla Int'l*, 889 F.2d 919, 921 (9th Cir. 1991). The decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the district court's discretion and "will not be disturbed unless the court has abused its discretion." *Westlands Water Dist. v. U.S.*, 100 F.3d 94, 97 (9th Cir. 1996).

1

The Court finds dismissal is appropriate in this action.  The defendants would not suffer any prejudice from the requested dismissal, which is the primary concern of Rule 41(a)(2).  *See Stevedoring*, 889 F.2d at 921.  Based upon the reported settlement of all claims, dismissal *with prejudice* is proper under Rule 41(a)(2).  Thus, the Court **ORDERS**:

1.    Plaintiff's request for dismissal (Doc. 34) is **GRANTED**.

2.    The action is **DISMISSED** with prejudice.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE